Appellant.— Judgment of conviction affirmed. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

M. PROUSE NEAL, Respondent, v. JOHN J. SCANLON, JR., Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

M. PROUSE NEAL, Respondent, v. D. JOSEPH SCANLON, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of the CITY OF ROCHESTER to Acquire Certain Real Estate for Chevalin Street Opening, Del Monte Street Opening and Otilla Street Opening in Said City.— Appeal of Zielinski Real Estate Company, Incorporated, dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELMER G. PORTER, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Appeals dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES LAWSON and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

OSWEGO CANAL COMPANY, Respondent, v. PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES COUGHLIN, an Infant, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM C. PUTNAM, Plaintiff, v. LEWIS MOSCOV and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARION PUTNAM, Plaintiff, v. LEWIS MOSCOV and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH W. GRIMM, Appellant, v. ERNEST C. WAGNER, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BERNARD TERHEGGEN, Appellant, v. MAY TERHEGGEN, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MAUDE E. HEFFERON, as Administratrix, etc., of JOHN HEFFERON, Deceased, Respondent, v. WILLIAM B. HALE, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DANIEL GREEN, as Administrator, etc., of MINERVA GREEN, Respondent, v. PAUL AMICO, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CALEB C. McNAIR, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 18131.) — Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AMERICAN WOOLEN COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.